■ GORDON C. SMITH, Plaintiff, v NICHOLAS JANKOWSKI et al., Appellants, and ADOLPH PFOHL, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed, with costs. Same memorandum as in *Smith v Jankowski* (71 AD2d 812). (Appeal from judgment of Niagara Supreme Court—automo-

bile negligence.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.